**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile  (310) 203-2287**

**Attorney For Plaintiff(s)**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALA FASEEH MATTA SAWIROUS, EMAD WADIE SAMY KIROLLOS, MARIA EMAD WADIE SAMY KIROLLOS, SARAH EMAD WADIE SAMY KIROLLOS | Case No.:   **5:24-cv-894** |
| Plaintiff(s), | **COMPLAINT FOR:** |
| vs. | **1)  DECLARATORY AND INJUNCTIVE RELIEF** **2) WRIT IN THE NATURE OF IMMIGRATION MANDAMUS** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10, | |
| Defendants. | |

By and through her undersigned counsel, Plaintiffs; HALA FASEEH MATTA SAWIROUS, EMAD WADIE SAMY KIROLLOS, MARIA EMAD WADIE SAMY

KIROLLOS, SARAH EMAD WADIE SAMY KIROLLOS ("Plaintiff(s)") brings this action, individually or derivatively on behalf of HALA FASEEH MATTA SAWIROUS.

## INTRODUCTION

1. This action is brought by Plaintiff Hala Faseeh Matta Sawirous, derivative spouse Emad Wadie Samy Kirollos and derivative children Maria Emad Wadie Samy Kirollos, Sarah Emad Wadie Samy Kirollos, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of May 6, 2016 and which has still not been called for an interview.

2. On April 12, 2016, Plaintiff(s) Halah Faseeh Matta Sawirous, Emad Wadie Samy Kirollos, Maria Emad Wadie Samy Kirollos, and Sarah Emad Wadie Samy Kirollos came to the United States at Los Angeles on a B2 visa and have stayed in the US ever since. On May 6, 2016, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the California Service Center which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal and Declaration; Exhibit B: I-589 Receipt Notice).** Plaintiff Halah Faseeh Matta Sawirous, derivative spouse Emad Wadie Samy Kirollos and derivative children Maria Emad Wadie Samy Kirollos and Sarah Emad Wadie Samy Kirollos sought asylum in the United States of America based on past persecution and/or a well-founded fear of returning to Egypt on account of Plaintiff Hala Faseeh Matta Sawirous' Coptic Christian Orthodox religion.

3.  After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children, to present themselves for biometric inspection at a designated USCIS Application Support Center. Plaintiff and her derivatives were instructed to present themselves at a designated USCIS Application Support Center between May 14, 2016 to May 28, 2016. *See* **(EXHIBIT C: I-797 Notice of Action-Fingerprint Notifications).** Plaintiff Hala Faseeh Matta Sawirous and her derivatives did appear at the designated Application Support Center during the appointed time-frame and provided their biometric information.

4.  After Plaintiff(s) provided their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. Note: Plaintiff(s) received a notice from Defendant Los Angeles Asylum Office confirming Plaintiff's request to add their name to the Standby List for an Affirmative Asylum Interview had been approved on April 22, 2021. *See* **(EXHIBIT D - USCIS Los Angeles Asylum Office Standby List Acceptance Letter).** The Plaintiff(s) have been waiting nearly 8 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff Hala Faseeh Matta Sawirous, her derivative spouse, and her derivative children are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5.  Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiffs' asylum application for an interview which has been pending now for nearly 8

years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6. Plaintiff(s) Hala Faseeh Matta Sawirous, Emad Wadie Samy Kirollos, Maria Emad Wadie Samy Kirollos, and Sarah Emad Wadie Samy Kirollos are citizens of Egypt. Plaintiff(s) Hala Faseeh Matta Sawirous, Emad Wadie Samy Kirollos, Maria Emad Wadie Samy Kirollos, and Sarah Emad Wadie Samy Kirollos came to the United States on a B2 visa on April 12, 2016. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal on May 6, 2016.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is

charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff'(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud

Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## **JURISDICTION**

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v.*

*Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## **VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Eastvale, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## **EXHAUSTION OF REMEDIES**

20. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children received their notification to process their biometric information, Plaintiff(s) have received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) did receive a response from Defendant USCIS and Los Angeles Asylum Office following a request to be added to the Los Angeles Asylum Standby List on April 22, 2021, however, Defendant's response did not provide an asylum interview date. Plaintiff(s) have been waiting nearly 8 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

**CAUSE OF ACTION**

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative husband, and derivative children filed an application for Asylum and Withholding of Removal on May 6, 2016.

22. Since filing their Application, Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been nearly 8 years since Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiff's claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for nearly 8 years. Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and she and her family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff, her derivative spouse, and derivative children are enduring significant psychological trauma.

b.   The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her family will be persecuted, tortured, or killed.

31.   The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32.   The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33.   Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.


**PRAYER**

34.   WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a.   Accept jurisdiction and maintain continuing jurisdiction in this action;

b.   Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children's asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Hala Faseeh Matta Sawirous, her derivative spouse, and derivative children's Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.

Dated: April 26, 2024

Respectfully Submitted,

/s/ Gihan L. Thomas, Esq.

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS HALA FASEEH MATTA SAWIROUS ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                                    **PAGES**

**A.** I-589 Application for Asylum and Declaration............................................................ 1

**B.** I-589 Asylum Receipt Notice......................................................................................17

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)............................... 18

**D.** USCIS Los Angeles Asylum Office Standby List Acceptance Letter........................22

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

## Part A.I. Information About You

| **1.** Alien Registration Number(s) (A-Number) *(if any)* | **2.** U.S. Social Security Number *(if any)* |
|---|---|
| None | None |

| **3.** Complete Last Name | **4.** First Name | **5.** Middle Name |
|---|---|---|
| SAWIROUS | Hala | Faseeh Matta |

**6.** What other names have you used *(include maiden name and aliases)?*
Hala Faseeh MATTA, Hala SAWIROUS

**7.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name | Apt. Number |
|---|---|
| 6117 Holland Ct. | - |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Corona | CA | 92880 | (951)463-6214 |

**8.** Mailing Address in the U.S. *(if different than the address in Item Number 7)*

| In Care Of *(if applicable)*: | Telephone Number |
|---|---|
| Same as above | - |

| Street Number and Name | Apt. Number |
|---|---|
| - | - |

| City | State | Zip Code |
|---|---|---|
| - | - | |

**9.** Gender: ☐ Male  ☒ Female    **10.** Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

| **11.** Date of Birth *(mm/dd/yyyy)* | **12.** City and Country of Birth |
|---|---|
| 02/16/1975 | Cairo            Egypt |

| **13.** Present Nationality *(Citizenship)* | **14.** Nationality at Birth | **15.** Race, Ethnic, or Tribal Group | **16.** Religion |
|---|---|---|---|
| Egyptian | Egyptian | White | Coptic Orthodox Christian |

**17.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.
**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**18.** Complete 18 a through c.
**a.** When did you last leave your country? *(mmm/dd/yyyy)* 04/12/2016  **b.** What is your current I-94 Number, if any? 93345106330

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date 04/12/2016 | Place Los Angeles, CA | Status B-2 | Date Status Expires 10/11/2016 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| **19.** What country issued your last passport or travel document? | **20.** Passport Number   A05684308 | **21.** Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| Egypt | Travel Document Number None | 11/23/2018 |

| **22.** What is your native language *(include dialect, if applicable)* | **23.** Are you fluent in English? | **24.** What other languages do you speak fluently? |
|---|---|---|
| Arabic | ☐ Yes  ☒ No | None |

| For EOIR use only. | For USCIS use only. | Action:<br>Interview Date: _____<br>Asylum Officer ID#: _____ | Decision:<br>Approval Date: _____<br>Denial Date: _____<br>Referral Date: _____ |
|---|---|---|---|

**1**

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)*<br>None | 2. Passport/ID Card Number *(if any)*<br>A05684266 | 3. Date of Birth *(mm/dd/yyyy)*<br>02/19/1965 | 4. U.S. Social Security Number *(if any)*<br>None |
|---|---|---|---|
| 5. Complete Last Name<br>KIROLLOS | 6. First Name<br>Emad | 7. Middle Name<br>Wadie Samy | 8. Maiden Name<br>- |

| 9. Date of Marriage *(mm/dd/yyyy)*<br>07/31/1999 | 10. Place of Marriage<br>Cairo, Egypt | 11. City and Country of Birth<br>Cairo    Egypt |
|---|---|---|

| 12. Nationality *(Citizenship)*<br>Egyptian | 13. Race, Ethnic, or Tribal Group<br>White | 14. Gender<br>☒ Male    ☐ Female |
|---|---|---|

15. Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)* ☐ No *(Specify location):* _____

| 16. Place of last entry into the U.S.<br>Los Angeles, CA | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>04/12/2016 | 18. I-94 Number *(if any)*<br>93345102730 | 19. Status when last admitted *(Visa type, if any)*<br>B-2 |
|---|---|---|---|
| 20. What is your spouse's current status?<br>Visitor | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>10/11/2016 | 22. Is your spouse in Immigration Court proceedings?<br>☐ Yes    ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*<br>None |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., **Information about your background.**)*

☒ I have children.    Total number of children:  02 _____

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)*<br>None | 2. Passport/ID Card Number *(if any)*<br>A05684249 | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>Single | 4. U.S. Social Security Number *(if any)*<br>None |
|---|---|---|---|
| 5. Complete Last Name<br>KIROLLOS | 6. First Name<br>Maria | 7. Middle Name<br>Emad Wadie Samy | 8. Date of Birth *(mm/dd/yyyy)*<br>04/23/2000 |

| 9. City and Country of Birth<br>Cairo    Egypt | 10. Nationality *(Citizenship)*<br>Egyptian | 11. Race, Ethnic, or Tribal Group<br>White | 12. Gender<br>☐ Male    ☒ Female |
|---|---|---|---|

13. Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* _____

| 14. Place of last entry into the U.S.<br>Los Angeles, CA | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>04/12/2016 | 16. I-94 Number *(If any)*<br>93345103630 | 17. Status when last admitted *(Visa type, if any)*<br>B-2 |
|---|---|---|---|
| 18. What is your child's current status?<br>Visitor | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>10/11/2016 | 20. Is your child in Immigration Court proceedings?<br>☐ Yes    ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**2**

## Part A.II. Information About Your Spouse and Children  (Continued)

| **1.** Alien Registration Number (A-Number) (if any) | **2.** Passport/ID Card Number (if any) | **3.** Marital Status (Married, Single, Divorced, Widowed) | **4.** U.S. Social Security Number (if any) |
|---|---|---|---|
| None | A05684216 | Single | None |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| KIROLLOS | Sarah | Emad Wadie Samy | 06/23/2004 |

| **9.** City and Country of Birth | **10.** Nationality (Citizenship) | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
|---|---|---|---|
| Cairo          Egypt | Egyptian | White | ☐ Male   ☒ Female |

**13.** Is this child in the U.S. ?   ☒ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): _____

| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. (mm/dd/yyyy) | **16.** I-94 Number (If any) | **17.** Status when last admitted (Visa type, if any) |
|---|---|---|---|
| Los Angeles, CA | 04/12/2016 | 93345104530 | B-2 |

| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | **20.** Is your child in Immigration Court proceedings? |
|---|---|---|
| Visitor | 10/11/2016 | ☐ Yes   ☒ No |

**21.** If in the U.S., is this child to be included in this application?  (Check the appropriate box.)

☒ Yes  (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| **1.** Alien Registration Number (A-Number) (if any) | **2.** Passport/ID Card Number (if any) | **3.** Marital Status (Married, Single, Divorced, Widowed) | **4.** U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| **9.** City and Country of Birth | **10.** Nationality (Citizenship) | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
|---|---|---|---|
| | | | ☐ Male   ☐ Female |

**13.** Is this child in the U.S. ?   ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): _____

| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. (mm/dd/yyyy) | **16.** I-94 Number (If any) | **17.** Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | **20.** Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes   ☐ No |

**21.** If in the U.S., is this child to be included in this application?  (Check the appropriate box.)

☐ Yes  (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| **1.** Alien Registration Number (A-Number) (if any) | **2.** Passport/ID Card Number (if any) | **3.** Marital Status (Married, Single, Divorced, Widowed) | **4.** U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| **9.** City and Country of Birth | **10.** Nationality (Citizenship) | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
|---|---|---|---|
| | | | ☐ Male   ☐ Female |

**13.** Is this child in the U.S. ?   ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): _____

| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. (mm/dd/yyyy) | **16.** I-94 Number (If any) | **17.** Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | **20.** Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes   ☐ No |

**21.** If in the U.S., is this child to be included in this application?  (Check the appropriate box.)

☐ Yes  (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

**3**

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Ahmed Orabi Agricultural Comp. | El Obour City | Cairo | Egypt | 03/2016 | 04/2016 |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 6117 Holland Ct. | Corona | CA | USA | 04/12/2016 | Present |
| Ahmed Orabi Agricultural Comp. | El Obour City | Cairo | Egypt | 03/2016 | 4/2016 |
| 9 Alsheikh Ali Abdelrazek St. | Al Nozha | Cairo | Egypt | 1999 | 03/2016 |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Ein Shams University | Faculty of Commerce | Cairo, Egypt | 09/1992 | 06/1997 |
| Salam College | High School | Cairo, Egypt | 09/1989 | 06/1992 |
| Salam College | Middle School | Cairo, Egypt | 09/1986 | 06/1989 |
| Salam College | Elementary | Cairo, Egypt | 09/1980 | 06/1986 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Halawithom    Abdelmalak AYOUB | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Father* Faseeh Matta  SAWIROUS | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* Nermeen Faseeh Matta SAWIROUS | Cairo, Egypt | ☐ Deceased Paris, France |
| *Sibling* Ghada Faseeh Matta SAWIROUS | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* George Faseeh Matta SAWIROUS | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* | | ☐ Deceased |

**4**

## Part B. Information About Your Application

*(NOTE:* *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    ☐ Race                         ☐ Political opinion

    ☒ Religion                      ☐ Membership in a particular social group

    ☐ Nationality                   ☒ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No            ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> Please refer to my declaration incorporated herein by reference.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No            ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> Please refer to my declaration incorporated herein by reference.

**5**

## Part B. Information About Your Application (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> I was a member of Saint Georgios & Saint Antony Church in Al Nozha, Cairo, Egypt.

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☐ No ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

> I am a member of Saint John Coptic Orthodox Church in Covina, California.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> Please refer to my declaration incorporated herein by reference.

**6**

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No     ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☐ No     ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☐ No     ☒ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   > 2A) I  had a transit in Amsterdam, Netherlands for 2 hours.
   > 2B) My sister, Nermeen Faseeh Matta SAWIROUS, is a citizen of France.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No     ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application   (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No        ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No        ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No        ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

**8**

Hala F.M. Sawirous
D.O.B: 02/16/1975
I-589



## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | | | Write your name in your native alphabet. |
|---|---|---|---|
| Hala | Faseeh Matta | SAWIROUS | والله مجيس حلم حلم مطه سويرس |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

| (Name) | (Relationship) | (Name) | (Relationship) |
|---|---|---|---|

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☒ No  ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ *Hala Faseeh Matta* ]     5/5/216·

Sign your name so it all appears within the brackets     Date *(mm/dd/yyyy)*

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |||
|---|---|---|---|
| | Gihan L. Thomas ||| 
| | Law Offices of Gihan L. Thomas ||| 
| Daytime Telephone Number | Address of Preparer: Street Number and Name |||
| 310-203-2242 | 601 W. 5th St. ||| 
| Apt. Number | City | State | Zip Code |
| 333 | Los Angeles | CA | 90071 |

**9**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered to were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered to were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

**10**

# <u>CERTIFICATE OF TRANSLATION</u>

I, **Farrah Younes**, am competent to translate from **Arabic** into **English**, and certify that the translation of **Declaration of Hala Sawirous** is true and accurate to the best of my abilities.

By: *Farrah Younes*

Tel: 936 828 9036

**11**

My name is Hala Sawirous. I come forward to seek protection from the US government because me and my daughters, have been subjected to threats and violence from Salafies in Egypt. I have fear for my life and the lives of my daughters because, as Coptic Christians, we are targeted and singled out for threats, kidnapping and forced conversion to Islam.

I am a married woman with two (2) children, Maria (16 years of age) and Sarah (12 years of age). My children are being raised to follow Christ and his teachings. Me and my husband, Emad Wadi Kirollos, are Coptic Christians. We believe in Jesus, participate in the sacraments: confession, communion, bible studies, masses and fasting.

We lived in an apartment building that is compromised of 3 floors and a ground floor. We live on the third floor. Two apartments on the ground floor became vacant in June 2015, and around July 2015, these apartments were occupied with two (2) new families who were from the Salafies. We knew that they were Salafies because the men had long beards without moustache, and they are wearing the standard Islamic attire: short jilbab and pants. Further, their women are wearing the nigab. With the movement of these 2 families in our apartment building, our lives turned upside down.

First, we were the only Christian family in this apartment building which is compromised of 16 apartments (four on each floor and four on the ground floor). These two apartments that were occupied by the Salafies were open most of time. On the ground floor, they have a small yard, that holds two (2) German shepherds. We could see them, on our way up and down to our apartment. They started to look at us with disgust and, around August 2015, they started to insult me and my daughters. They would cuss at us and say "infidels" "Damn Christians". They would also cuss at our attire and threw nasty words that we should cover up. I understand that their women must wear the nigab, which covers them from head to toe, except for the eyes, but we are Christians, and we are not required to conform to any attires. I pretended that I did not hear a word until finally, I was fed up. My husband decided to go and speak to them around the end of September 2015, and went to reprimand the Salafie men, my husband said they were three. He told me that one of them was holding a weapon. They told my husband that he is a pimp and that he should cover up his wife and daughters. My husband went to report them to the police and state our complaint, however, the police never issued a report and failed to investigate. Instead, he told my husband to resolve his problems with his neighbors.

The next thing we knew was that for the next week (October 2015), they started to throw trash outside of our apartment door. We knew that they were the ones who did this, as we never had this problem before, and we lived there since 1999. Afterwards, we saw writings on our car stating: convert to Islam, be safe, cover up or face dire consequences. This was written up by fingers on the dirt of the car. We were terrified for Maria, that she could be kidnapped and forced into Islam as we heard of many teenager girls that are being kidnapped and raped and my husband was terrified. We drove the car to the police station with the filth on it and showed them the writings, however, the officer stated that we are exaggerating and it was simply a joke. No investigation was conducted.

On or about the end of October 2015, as we were entering the apartment building, these Salafies were standing there holding a hose of water and when they saw us coming, at least 7 of them, they aimed the

**12**

water hose at us causing us to get wet and my husband fell on the ground, while they were cussing at us. They were cleaning the ground floor and some carpets outside on the street. They aimed to harm us because they hate our presence in the area. My husband was asking for help and I was crying uncontrollably. Some passers came to our help and yelled at them, however, they were smirking and laughing. We went upstairs and we realized that our lives have turned into hell.

We decided to move out and live with my mother, Halawithom, who lives in Heliopolis. However, after we moved there, a Coptic Christian girl was abducted in the neighborhood and her family was crying. We got terrified and we decided to return back to our apartment in Al Nozha, fearing that either Maria or Sarah could be abducted as well, in this neighborhood.

On or about December 2015, our water was cut off from our apartment. We were the only apartment in the entire apartment building that had the water cut off. When we called the Water Department, they stated that the problem, is not from their end. We called a plumber and we learned that they locked the pipe that takes water to our apartment.

On January 9, 2016, we were returning home to our apartment, it was approximately 1.00 a.m in the morning, we saw the 2 German shepherds released and coming for the kill, while the Salafies owners (2) are looking at us with cool blood.  We were on the sidewalk, ready to enter the door of the apartment building. It was Emad and Maria first, followed by Sarah and myself, less than one meter behind. We started running back, chased by these 2 German Shepherds, who came to attack Sarah and myself. Sarah started crying and screaming, she fell to the ground and two dogs were about to bite her, while Emad was screaming, the 2 Salafies called the dogs and they returned. Fortunately, Sarah was not bitten. However, they allowed this fiasco to occur and see our fear and trauma for approximately one minute, may be less, I cannot count the fear and trauma that we faced. As a result of this trauma, she has fear of pets, including baby pets, even a kitten, she starts screaming and crying. She definitely needs psychological help. Emad went to the police station to report this horrific attack the next day in the morning, however, the police officer, asked that we resolve the difference between neighbors and said that since she is not injured, no harm done. This is how the police in Egypt are responding to citizen complaints.

On or about end of March 2016, I was coming down to take the vehicle to pick up my daughters from school, when I saw a note on the car, underneath the windshield wiper. I took the note and it stated that "Maria will be kidnapped, watch for her". I called Emad immediately and I started crying. He was upstairs and he came down quickly. We went to pick up our daughters from the school, went to the police station and asked for protection. The officer did not help us and we were terrified to return back to our apartment. My husband arranged to go pick up our clothes and we contacted the priest, who arranged for a temporary living for us in a social house, which belongs to the church. We lived there until we left Egypt. My daughters did not go to school or leave the social house.

We came to the US, in fear for our lives and when we recounted our story to other people in the US, they informed us about the asylum program. Our lives have been threatened. Many Salafies are

**13**

targeting Christians everywhere in Egypt. The current government, led by Sissi, is not protecting the Christian minority and I ask for protection, for me and my daughters.

_Hala Fareed Matta_

Hala Sawirous

**14**

أسمي هالة ساويرس. أتقدم بطلب حماية إلى حكومة الولايات المتحدة، لأني اتعرض، انا وبناتي لتهديدات وعنف من قبل السلفيين في مصر. أنا خائفة على حياتي وحياة بناتي، لأننا كمسيحيين اقباط، يتم استهدافنا وتمييزنا، بعمليات تهديد، خطف واعتناق الإسلام بالقوة.

أنا امرأة متزوجة، ولدى ابنتين، ماريا (16 عاما) وسارة (12 عاما)، نشأوا على الايمان بالسيد المسيح وتعاليمه. أنا وزوجي، عماد وديع كيرلس، مسيحيون أقباط. نؤمن بالسيد المسيح، المشاركة في الأسرار المقدسة، الاعترافات، التناول، دراسات الكتاب المقدس، الصلاة والصوم.

كنا نعيش في مبنى سكني مكون من دور أرضي وثلاثة أدوار علوية. نعيش في الدور الثالث. في يونيو 2015، خلت شقتين في الطابق الأرضي من السكان، وفي يوليو 2015، تقريبا، انتقلت اسرتين الى تلك الشقق. كانوا من السلفيين، فالرجال بلحاهم الطويلة بدون شارب، ويرتدون الجلباب القصير والسروال، اما نسائهم، فكانوا منقبات. مع انتقال تلك الاسرتين الى المبنى الذي نعيش فيه، انقلبت حياتنا رأسا على عقب.

أولا، كنا العائلة المسيحية الوحيدة في المبنى، المكون من 16 شقة. (أربعة في كل دور علوي وأربعة في الدور الأرضي). الشقتين التابعين للسلفيين، كان بابهم مفتوح معظم الوقت. لديهم قناة صغير، به كلبين بوليسيين (جرمن شيرد). كنا نراهم اثناء صعودنا وهبوطنا لشقتنا. بدأوا ينظرون إلينا باشمئزاز. في أغسطس 2015، تقريبا، بدأوا في توجيه الاهانات، لي ولبناتي. كانوا يسبوننا ويقولون "الكفار" "اللعنة للمسيحيين" وتوالت الاهانات بسبب الملابس التي نرتديها، بدأوا يستخدموا كلمات بذيئة حتى نتحجب. اتهمن أن نساءهم يجب ان يرتدوا النقاب، الذي يغطيهم من الرأس إلى أخمص القدمين، باستثناء العينين، ولكننا كمسيحيين، ليس مطلوب منا ان نتوافق مع أي زي. كنت دائما ما أتظاهر بعدم سماع ما يقال لنا، حتى نفذ صبري. في نهاية شهر سبتمبر عام 2015، تقريبا، قرر زوجي أن يذهب ويتحدث معهم لتوبيخهم، وقد أخبرني زوجي بانه التقى بثلاثة رجال، وكان أحدهم يحمل سلاحا. أهانوا زوجي وأطلقوا عليه لقب" قواد " وأنه يجب عليه ان يفرض الحجاب على زوجته وبناته. ذهب زوجي إلى قسم الشرطة لتقديم بلاغ وشكواهم، ولكن الشرطة لم تقم بإثبات الواقعة في محضر او بأية تحقيقات، بدلا من ذلك، قالوا لزوجي، ان يحل بنفسه مشاكله مع جيرانه.

ما حدث بعد ذلك، كان في الأسبوع التالي، أكتوبر 2015، بدأوا بإلقاء القمامة امام باب شقتنا. عرفنا من انهم من فعلوا ذلك، فطوال اقامتنا في هذا المبنى، منذ عام 1999، لم نواجه تلك المشكلة على الاطلاق. وبعد ذلك، رأينا الكتابات التالية على سيارتنا: "اعتنقوا الإسلام، تأمنوا" " تحجبوا وإلا ستواجهون عواقب وخيمة". لقد تمت كتابتها بواسطة الأصابع على التراب على سطح سيارتنا. بالطبع تملكنا الرعب. خفنا بالأخص على ماريا، فمن الممكن اختطافها وإجبارها علي الإسلام، كما يحدث لكثير من الفتيات في سن المراهقة، يتم خطفهم واغتصابهم. انهار زوجي رعبا. قدنا السيارة إلى مركز الشرطة، وعليها الكلمات القذرة، حتى يروا بأنفسهم. وهناك اتهمنا الضابط بالمبالغة، وعلى حد قوله، انها مجرد مزحة. ولم يتم إجراء أي تحقيق.

في نهاية أكتوبر، عام 2015، تقريبا، اثناء دخولنا المبنى، رأينا بعض السلفيين، 7 منهم على الأقل، كانوا اما المبنى يغسلون الارضيات وبعض قطع السجاديد بخرطوم المياه. عندما رأونا، بدأوا بسبنا واهانتنا وتوجيه خرطوم المياه نحونا، حتى وقع زوجي ارضا. كان هدفهم هو الحاق الأذى بنا، فهم يكرهون جودنا في المنطقة. صرخ زوجي طلبا للمساعدة، بينما كنت أبكي هستيريا. جاء بعض المارة لمساعدتنا ومعاتبتهم، إلا انهم ابتسموا بسخرية وضحكوا. ذهبنا الى شقتنا في الطابق العلوي، ولكننا أدركنا أن حياتنا قد تحولت إلى جحيم.

**15**

قررنا الرحيل والذهاب الى منزل والدتي، حلاوتهم، في مصر الجديدة. ولكن بعد ذلك، تم اختطاف فتاة قبطية مسيحية، في نفس الحي الذي تعيش فيه والدتي. كان موقفا صعبا للغاية لأسرة تلك الفتاة، كانوا يبكون بدون انقطاع. أصبنا بالذعر، وقررنا العودة إلى شقتنا في النزهة، خوفا من أن يتم اختطاف ماريا أو سارة في هذا الحي.

في ديسمبر 2015، تقريبا، تم قطع المياه عن شقتنا. كنا الشقة الوحيدة في المبنى بأكمله، بدون مياه. عندما اتصلنا بشركة المياه، أخبرونا ان المشكلة ليست من الشركة.  اتصلنا بسباك، وعلمنا أنهم اغلقوا انابيب المياه المتجهة الى شقتنا.

في يوم 9 يناير عام 2016، الساعة الواحدة صباحا تقريبا، اثناء عودتنا الي منزلنا، شاهدنا الكلبين البوليسيين يتجهون نحونا، للفتك بنا. في حين كان السلفيين، أصحاب الكلاب، ينظرون الى الموقف ببرود شديد.  كنا على الرصيف، على وشك الدخول الى المبنى. كان عماد وماريا في المقدمة، انا و سارة كنا نسير خلفهما بأقل من متر واحد. عندما رأينا الكلاب تتجه نحونا، ركضنا انا وسارة الى الخلف، بدأت سارة تصرخ وتبكي، ثم وقعت على الأرض. وكان الكلبين على وشك الانقضاض عليها، وكان عماد يصرخ بشدة، فنادى السلفيين الكلبين، فرحلا. لحسن الحظ، لم تتعرض سارة للعض. ومع ذلك، فإنهم سمحوا لهذا الموقف الرهيب ان يحدث، ورأوا الخوف والصدمة الهائلة التي أصابتنا لمدة قد لا تزيد عن الدقيقة. كانت لحظات رعب، لا يمكن ان أحصيها. نتيجة لهذه الصدمة، أصبحت سارة تخاف من الحيوانات الأليفة، حتى الصغيرات منهم، كالقطة الصغيرة. عندما تراهم، تبدأ في الصراخ والبكاء. انها بالتأكيد تحتاج إلى علاج نفسي. في صباح اليوم التالي، ذهب عماد إلى مركز الشرطة للإبلاغ عن هذا الهجوم المروع، إلا أن ضابط شرطة، طلب منه حل الخلاف مع جيرانه، وبما ان أحد لم يصب، فلا يوجد ضرر.  هذه هي طريقة الشرطة المصرية في الاستجابة لشكاوى المواطنين.

في نهاية مارس 2016، تقريبا، عندما ذهبت لأستقل سيارتي، للذهاب الى مدرسة بناتي لإحضارهم، وجدت ورقة مطوية على السيارة، تحت ممسحة الزجاج الأمامي. أخذتها وكان بها "ماريا سيتم خطفها، احذري". اتصلت بعماد على الفور وبدأت في البكاء. كان في الطابق العلوي، نزل بسرعة. ذهبنا لإحضار بناتنا من المدرسة، ثم ذهبنا إلى مركز الشرطة طلبا للحماية. لم يساعدنا أحد، خفنا من العودة إلى شقتنا. ذهب زوجي بمفرده الى منزلنا، لإحضار ملابسنا، اتصلنا بكاهن الكنيسة، الذي رتب لنا إقامة مؤقتة في منزل اجتماعي، تابعا للكنيسة. عشنا هناك حتى غادرنا مصر. بناتي لم تذهب الى المدرسة او تخرج من هذا المنزل.

جئنا إلى الولايات المتحدة، خوفا على حياتنا، وعندما روينا قصتنا لبعض الأشخاص هنا في الولايات المتحدة، أبلغونا عن برنامج اللجوء. حياتنا مهددة. السلفيين يستهدفوا المسيحيين في كل انحاء مصر. الحكومة الحالية، بقيادة السيسي، لا تحمى الأقلية المسيحية. أطلب الحماية، لي ولبناتي.

------------------

هالة ساويرس

_(signature)_

**16**

Exhibit B

US DEPT OF HOMELAND SECURITY

**F**
**R** US DEPT OF HOMELAND SECURITY
**O** US CITIZENSHIP & IMMIGRATION SVCS
**M** P. O. BOX 65015
ANAHEIM, CA 92815-8515

US OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

NAME: HALA SAWIROUS                          DATE:  5/09/16
A-NUMBER: 208958233 RCPT#: ZLA1600069090     FORM: I-589
                *** ACKNOWLEDGEMENT OF RECEIPT ***
     Your complete Form I-589 asylum application was received and is pending
as of 5/06/16.  You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS.  If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 3 copies of documentary evidence of your
relationship to those family members.



**RECEIVED**
5/12/2016

GIHAN THOMAS
C/O LAW OFFICES OF GIHAN L THOMAS
**T** 601 W 5 ST STE 333
**O**
LOS ANGELES, CA  90071

**17**

Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

---

| Fingerprint Notification | | | NOTICE DATE<br>May 11, 2016 |
|---|---|---|---|
| CASE TYPE<br>I589    Application For Asylum | | | USCIS A#<br>A 208 958 233 |
| RECEIPT NUMBER<br>ZLA1600089090 | RECEIVED DATE<br>May 06, 2016 | PRIORITY DATE<br>May 06, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
HALA FASEEH MATTA SAWIROUS
6117 HOLLAND CT
CORONA CA 92880



BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON         MAY 18 2016
TENPRINTS QA REVIEW BY:
ON         MAY 18 2016

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS RIVERSIDE<br>3812 LA SIERRA AVENUE<br>RIVERSIDE CA 925053528 | 05/14/2016<br>to<br>05/28/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice.  **If you do not bring this letter, you will not be able to have your fingerprints taken.  This may cause a delay in the processing of your application and your eligibility for work authorization.  You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|

**18**



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>May 11, 2016 |
|---|---|---|---|
| CASE TYPE<br>I589    Application For Asylum | | | USCIS A#<br>A 208 958 234 |
| RECEIPT NUMBER<br>ZLA1600089100 | RECEIVED DATE<br>May 06, 2016 | PRIORITY DATE<br>May 06, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
EMAD WADIE SAMY KIROLLOS
6117 HOLLAND CT
CORONA CA  92880



BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
HOME FNCS QA REVIEW BY:                MAY 1 8 2016
ON
FPRINTS QA REVIEW BY:                 MAY 1 8 2016
ON

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS RIVERSIDE<br>3812 LA SIERRA AVENUE<br>RIVERSIDE CA 925053528 | 05/14/2016<br>to<br>05/28/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice.  **If you do not bring this letter, you will not be able to have your fingerprints taken.  This may cause a delay in the processing of your application and your eligibility for work authorization.  You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.          APPLICANT COPY



**19**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Fingerprint Notification | | | **NOTICE DATE**<br>May 11, 2016 |
|---|---|---|---|
| **CASE TYPE**<br>I589    Application For Asylum | | | **USCIS A#**<br>A 208 958 235 |
| **RECEIPT NUMBER**<br>ZLA1600089110 | **RECEIVED DATE**<br>May 06, 2016 | **PRIORITY DATE**<br>May 06, 2016 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MARIA EMAD WADIE SAMY KIROLLOS
6117 HOLLAND CT
CORONA CA 92880

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON MAY 18 2016
TENPRINTS QA REVIEW BY:
ON MAY 18 2016

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | **Hours of Operation**<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS RIVERSIDE<br>3812 LA SIERRA AVENUE<br>RIVERSIDE CA 925053528 | 05/14/2016<br>to<br>05/28/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice.  **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.        APPLICANT COPY

**20**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

Fingerprint Notification

| | | NOTICE DATE |
|---|---|---|
| | | May 11, 2016 |

| CASE TYPE | | USCIS A# |
|---|---|---|
| I589   Application For Asylum | | A 208 958 236 |

| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ZLA1600089120 | May 06, 2016 | May 06, 2016 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SARAH EMAD WADIE SAMY KIROLLOS
6117 HOLLAND CT
CORONA CA 92880

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS RIVERSIDE 3812 LA SIERRA AVENUE RIVERSIDE CA 925053528 | 05/14/2016 to 05/28/2016 | Sat - Sun  Closed Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.     APPLICANT COPY

**21**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  07/11/14  Y

Exhibit D

U.S. Department of Homeland Security
P.O. Box 2003
Tustin CA 92781-2003



**U.S. Citizenship
and Immigration
Services**

04/22/2021

SAWIROUS, HALA
5603 E HOMECOMING CIR APT B
EASTVALE, CA 91752

Re:  A-208958233

Dear SAWIROUS, HALA:

This letter serves as your notification that the Los Angeles Asylum Office received your request to add your name to the Standby List for an Affirmative Asylum Interview. Your request has been approved and your name has been added to the Standby List.

As a reminder, you must comply with all requirements outlined on the "REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST" form to remain eligible for the Standby List.

Failure to comply with these requirements, will result in your removal from the Standby List. Removal from the Standby List does not impact your eligibility for asylum, and you would be scheduled for an interview based on USCIS standard prioritization of scheduling cases.

Sincerely,

David M. Radel
Director, Los Angeles Asylum Office

CC:    LAW OFFICES OF GIHAN THOMAS
        ATTN: GIHAN THOMAS
        930 COLORADO BLVD UNIT 2
        LOS ANGELES, CA 90041

**22**